# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Castel, P .Kevin | 2. Court or Organization  S.D.N.Y. | 3. Date of Report  09/24/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge (active) | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

United States Courthouse
500 Pearl Street
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director (ex officio as former president) | St. John's School of Law, Alumni Association (uncompensated) |
| 2. | Trustee (ex officio as former president) | Federal Bar Council (uncompensated) |
| 3. | Board of Managers | Havens Relief Fund Society (uncompensated) |
| 4. | Adjunct Professor | NYU School of Law (compensated) |
| 5. | Partner | None (passive investment as co-owner of Real Estate. Part VII, line 121) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 10/27/03 | Cahill Gordon & Reindel LLP agreement in connection with withdrawal from firm. (Copy of agreement filed with 2006 FDR and those of prior years.) |
| 2. | 3/4/13 | Cahill Gordon & Reindel LLP renouncement of all future payments. (Copy filed with 2012 FDR.) |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 09/24/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | NYU School of Law-teaching | $26,995.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 09/24/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 09/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brk Act #1 Fidelity Capital Apprec'n Mutual Fd [FDCAX] | D | Dividend | N | T | Sold (part) | 09/22/14 | L | E | |
| 2. Brk Act #1Fidelity Cash Reserves [FDRXX] | A | Dividend | O | T | Buy (add'l) | 09/22/14 | L | | |
| 3. Brk Act #1 Fidelity Asset Manager Mutual Fd [FASGX] | C | Dividend | M | T | | | | | |
| 4. Brk Act #1 Fidelity Aggressive Growth Mutual Fd [FAMRX] | C | Dividend | M | T | | | | | |
| 5. Brk Act #1 Fidelity Balanced [FBALX] | C | Dividend | M | T | | | | | |
| 6. Brk Act #1 Ishares Treas Infl Prot [TIP] | A | Dividend | K | T | Sold (part) | 09/25/14 | K | C | |
| 7. Brk Act #1 Ishares S&P Mid Cap 400 Growth [IJK] | A | Dividend | | | Sold | 09/25/14 | K | C | |
| 8. Brk Act #4 First Eagle Overseas Fund Class A [SGOVX] | A | Dividend | J | T | | | | | |
| 9. Brk Act #4 LM [SB] [Clearbridge] Appreciation Fd CL A [SHAPX] | B | Dividend | M | T | | | | | |
| 10. Brk Act #4 LM [SB] [Clearbridfge] Large Cap Grwth FD CL A [SBLGX] | | None | M | T | | | | | |
| 11. Brk Act #4 Morgan Stanley NY Muni Money Mkt Fd CL A | A | Interest | P1 | T | | | | | |
| 12. Brk Act #4 VFH | A | Dividend | J | T | | | | | |
| 13. Brk Act #4 West Seneca Cent Sch 4.125/14 | B | Interest | | | Redeemed | 09/15/14 | L | A | |
| 14. Brk Act #4 NYC GO Ser G 4/14 | B | Interest | | | Redeemed | 08/01/14 | K | A | |
| 15. Brk Act #4 LI Pwr Au[LIPA] 4/15 | A | Interest | | | Redeemed | 09/02/14 | J | A | |
| 16. Brk Act#4 NYC Trans Fin 4/15 | B | Interest | L | T | | | | | |
| 17. Brk Act #4 NYS Dorm Pres 4.2/15 [14] | B | Interest | | | Redeemed | 08/15/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 09/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Brk Act #4 NYC Ser C 5.25/15 [14] | A | Interest | | | Redeemed | 08/15/14 | J | A | |
| 19. Brk Act #4 NY NY Ser J 5.25/16 | C | Interest | | | Redeemed | 05/15/14 | K | A | |
| 20. Brk Act #4 Ventor City NJ Ser C 4/17 | A | Interest | | | Redeemed | 10/01/14 | K | A | |
| 21. Brk Act #4 NYC GO Ser O 5/17 [15] | A | Interest | K | T | | | | | |
| 22. Brk Act #4 NYC GO Ser O 5/17 [15] | A | Interest | J | T | Spinoff<br>(from line 21) | 01/14/14 | J | | |
| 23. Brk Act #4 NYS Thru H & B 5/18[15] | B | Interest | K | T | | | | | |
| 24. Brk Act #4 NYS Thru H & B 5/18[15] | A | Interest | J | T | Spinoff<br>(from line 23) | 03/27/14 | J | | |
| 25. Brk Act #4 NYC GO Ser A1 5/18[17] | C | Interest | M | T | | | | | |
| 26. Brk Act #4 NY NY RFDG Ser I 5/18 [14] | B | Interest | | | Redeemed | 08/04/14 | K | A | |
| 27. Brk Act #4 New York NY City HSG Dev Corp MultiFam 5.35/18 | C | Interest | L | T | | | | | |
| 28. Brk Act #4 LIPA NY Elec Sys Ser E 5/18 | B | Interest | L | T | | | | | |
| 29. Brk Act #4 NYS Thruway Au Gen Rev Ser H 5/19 | B | Interest | L | T | | | | | |
| 30. Brk Act #4 NJ Econ Dev Ser O 5/19 | B | Interest | L | T | | | | | |
| 31. Brk Act #4 PR Muni Ser C 5.25/19 | C | Interest | L | T | | | | | |
| 32. Brk Act #4 NYC TFA Ser A1 5/19 [16] | B | Interest | L | T | | | | | |
| 33. Brk Act #4 PR Sales Tax 4.625/19 | C | Interest | L | T | | | | | |
| 34. Brk Act #4 NJ Trans 5/19 [15] | B | Interest | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 09/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Brk Act #4 Metro T SPTN Au NY TSPN REV SER A A5/20 | B | Interest | L | T | | | | | |
| 36. Brk Act #4 NYC GO Ser A 5/20[16] | C | Interest | M | T | | | | | |
| 37. Brk Act #4 LIPA Ser E 5/20 [16] | B | Interest | L | T | | | | | |
| 38. Brk Act #4 Lacey Township NJ BRD ED SCH 3.25/20[19] | B | Interest | K | T | | | | | |
| 39. Brk Act #4 NJ ST TFA Ser D 5/20[15] | B | Interest | L | T | | | | | |
| 40. Brk Act #4 NY St Dorm 5/21[15] | C | Interest | M | T | | | | | |
| 41. Brk Act #4 NJ High Ed 4.5/21 | B | Interest | K | T | Redeemed (part) | 12/09/14 | J | A | |
| 42. Brk Act #4 NY Gen Oblig BDS-G1 5.5/21 | B | Interest | K | T | | | | | |
| 43. Brk Act #4 NYS Pers Inc Tax 5/21[16] | B | Interest | L | T | | | | | |
| 44. Brk Act #4 New York NY Ser A CIFG TCRS 5/21 | C | Interest | L | T | | | | | |
| 45. Brk Act #4 NJ Econ DVA Rev Sch Fac 4.5/22 | B | Interest | K | T | | | | | |
| 46. Brk Act #4 New York City G/O Ser A 5/22 | B | Interest | L | T | | | | | |
| 47. Brk Act #4 Monroe Cnty IDA 5/22 | B | Interest | K | T | | | | | |
| 48. Brk Act #4 Port Auth NY NJ Cons Rev 5/22[15] | B | Interest | K | T | | | | | |
| 49. Brk Act #4 NJ Trans 5.25/23 | B | Interest | K | T | | | | | |
| 50. Brk Act #4 NJ State Trans 5.25/23 | C | Interest | L | T | | | | | |
| 51. Brk Act #4 NJ Economic Dev Au Sch Constr Ser O 5.25/23 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 09/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Brk Act #4 PR Elec Pwr Rev RFDG Ser PP 5/23 | B | Interest | K | T | | | | | |
| 53. Brk Act #4 NY Gen Oblig BDS E 6/23 | C | Interest | L | T | | | | | |
| 54. Brk Act #4 Triborough Bridge & T Au Ser D 5/23 | B | Interest | K | T | | | | | |
| 55. Brk Act #4 Triborough Bridge & T Au Ser D 5/23 | A | Interest | K | T | | | | | |
| 56. Brk Act #4 NJ Econ Dev 5.25/24 [15] | A | Interest | K | T | | | | | |
| 57. Brk Act #4 NJ State Trans 5/24 | B | Interest | K | T | | | | | |
| 58. Brk Act #4 Triborough B & T AU 5/24 | B | Interest | | | Redeemed | 02/13/14 | L | A | |
| 59. Brk Act #4 PR Elec 4.625/25 | A | Interest | J | T | | | | | |
| 60. Brk Act #4 NYS Thwy Au 2d HWY & BDG 5/25 | C | Interest | L | T | | | | | |
| 61. Brk Act #4 NYS Thwy Au 2d HWY & BDG 5/25 | A | Interest | J | T | Spinoff (from line 60) | 03/27/14 | J | | |
| 62. Brk Act #4 NYC MWA Wtr & Swr Rev Ser C 5/25 | C | Interest | M | T | | | | | |
| 63. Brk Act #4 Port Auth NY&NJ Con Ser153 4.5/25 | B | Interest | L | T | | | | | |
| 64. Brk Act #4 NJ EDA Sch Facs Ser EE 5.25/25 | C | Interest | L | T | | | | | |
| 65. Brk Act #4 NJ TFA Rev Ser B 5.25/25 | C | Interest | L | T | Buy | 12/22/14 | L | | |
| 66. Brk Act #4 NJ Econ Dev Auth Sch Facs Const Ref-NN 5/26 | B | Interest | L | T | Buy | 09/02/14 | L | | |
| 67. Brk Act #4 NJ Econ Dev Auth School 5.25/26 | D | Interest | M | T | Buy | 09/16/14 | M | | |
| 68. Brk Act #4 NY NY 5/28 | B | Interest | L | T | Buy | 06/18/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 09/24/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Brk Act #4NJ St Trans TR FD Auth Sys Ser A 5.625/28 | C | Interest | L | T | | | | | |
| 70. Brk Act #4 NY NY IDA Rev AGC 6.125/29 | A | Interest | J | T | | | | | |
| 71. Brk Act #4 Port Auth NY NJ 140th Ser 5/29[15] | B | Interest | L | T | | | | | |
| 72. Brk Act #4 NJ TFARev Ser B 5.25/36 | D | Interest | M | T | Buy | 02/06/14 | M | | |
| 73. Brk Act #4 Ishares TR Dow Jones Select Div Index Fund | B | Dividend | K | T | | | | | |
| 74. Brk Act #4 New York City G/O Ser E 5/14 | A | Interest | | | Redeemed | 11/03/14 | K | A | |
| 75. Brk Act #4 New York City G/O Ser E 5/14 | A | Interest | | | Redeemed | 11/03/14 | K | A | |
| 76. Brk Act #4 New York G/O BD B/E Ser J 4/16 | C | Interest | M | T | | | | | |
| 77. Brk Act #4 NYC G/O Ser E 5/16 | B | Interest | | | Redeemed | 11/03/14 | K | A | |
| 78. Brk Act #4 NYC G/O Ser E 5/16 | A | Interest | | | Redeemed | 11/03/14 | J | A | |
| 79. Brk Act #4 NYC G/O Ser B 5.25/18 | C | Interest | | | Redeemed | 07/09/14 | K | A | |
| 80. Brk Act #4 New York NY RFDG Ser H 5/16 | B | Interest | | | Redeemed | 08/01/14 | K | A | |
| 81. Brk Act #4 New York NY RFDG Ser H 5/16 | A | Interest | | | Redeemed | 10/06/14 | J | A | |
| 82. Brk Act #4 NYS Dorm Au Rev Kaleida Hlth 4.25/18 | B | Interest | L | T | | | | | |
| 83. Brk Act #4 New York City G/O Ser A Subser A-1 5/19 | C | Interest | M | T | | | | | |
| 84. Brk Act #4 NYS Twy Rev A 5/20[15] | A | Interest | K | T | | | | | |
| 85. Brk Act #4 NYS Twy Rev A 5/20[15] | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 09/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  Brk Act #4 Port Au NY & NJ 4.5/25 | C | Interest | L | T | | | | | |
| 87.  Brk Act #4 ADP | A | Dividend | J | T | | | | | |
| 88.  Brk Act #4 CDK | A | Dividend | J | T | Spinoff (from line 87) | 09/30/14 | J | | |
| 89.  Brk Act #4 BR | A | Dividend | J | T | | | | | |
| 90.  Brk Act #4 BBY | A | Dividend | J | T | | | | | |
| 91.  Brk Act #4 IBM | A | Dividend | J | T | | | | | |
| 92.  Brk Act #4 KMB | A | Dividend | J | T | | | | | |
| 93.  Brk Act #4 HYH | | None | J | T | Spinoff (from line 92) | 10/03/14 | J | | |
| 94.  Brk Act #4 KSS | A | Dividend | J | T | | | | | |
| 95.  Brk Act #4 MDT | A | Dividend | J | T | | | | | |
| 96.  Brk Act #4 MSFT | A | Dividend | J | T | | | | | |
| 97.  Brk Act #4 WMT | A | Dividend | J | T | | | | | |
| 98.  Brk Act #4 WBA [Symbol changed from WAG] | A | Dividend | J | T | | | | | |
| 99.  Brk Act #4 VIG | B | Dividend | L | T | | | | | |
| 100.  Brk Act #7 Citibank NA Bank Dep Program | A | Interest | | | Sold | 02/27/14 | K | | |
| 101.  Brk Act #7 Bank Dep. Prog. Morgan Stanley Bank, N.A. | A | Interest | K | T | Buy | 02/27/14 | K | | |
| 102.  Brk Act # 7 PWC | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 09/24/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Brk Act #7 RIT | A | Dividend | J | T | | | | | |
| 104.  Brk Act #7 NYS Dev Corp Inc Tx 6.5/18 | C | Interest | K | T | | | | | |
| 105.  Brk Act #9 Bank Dep Prog. Morgan Stanley Bak N.A. (Part VIII) | A | Interest | L | T | | | | | |
| 106.  Brk Act #9 EEM | A | Dividend | K | T | | | | | |
| 107.  Brk Act #9 PZI | A | Dividend | K | T | | | | | |
| 108.  Brk Act #9 MFS Intl New Disc Fund C [MIDCX} | A | Dividend | K | T | | | | | |
| 109.  Brk Act #9 New York City MWF Au W &S Ser D O CPN 0/18 | A | Interest | L | T | | | | | |
| 110.  Brk Act #9 NYS G/O BDS-A 0/19 | A | Interest | K | T | | | | | |
| 111.  Brk Act #9 PR Comm H & T 0/20 | A | Interest | K | T | | | | | |
| 112.  Brk Act #9 XLF | A | Dividend | K | T | | | | | |
| 113.  Brk Act #9 LIPA NY PWR 0/15 | A | Dividend | K | T | | | | | |
| 114.  Brk Act #9 SPY | B | Dividend | M | T | | | | | |
| 115.  Brk Act #9 VIG | B | Dividend | L | T | | | | | |
| 116.  Brk Act #13 Fidelity Equity Inc[FEQIX] | E | Dividend | M | T | | | | | |
| 117.  Brk Act #13 Fidelity Inter Bond [FTHRX] | D | Interest | N | T | | | | | |
| 118.  Brk Act #13 Fidelity Capital Apprec [FDCAX] | C | Dividend | J | T | | | | | |
| 119.  Brk Act #13 Fidelity Retire Mmkt[Cash Reserves] [FCRXX] | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 09/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Bank Act #14 Chase Accounts | A | Interest | L | T | | | | | |
| 121.  Brk Act #15 Fidelity Smart Account (Part VIII; previously Brk Act # 5) | A | Interest | J | T | | | | | |
| 122.  Real Estate Long Island, NY # 1 | | None | M | R | Buy | 12/17/14 | M | | C. Goocher |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 09/24/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 105 of 2013 FDR    Brk Act #9 SB (Western Asset) MUNI NY MNY MKT PORT CL A was sold on 12/30/13.  Value Code M, Gain Code A.

Part VII, line 104 of 2014 FDR.   Bank Dep Prog Morgan Stanley was bought on 12/30/13, Value Code M. Value.  This should have been reported on the 2013 FDR.

Part VII, line 120 of 2014 FDR.   Brk Act #15  was listed  at Part VIII, line 121 of the 2013 FDR as Brk # 5.  It is simply a renumbering of the Brk Act from #5 to #15.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ P .Kevin Castel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544